### IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN   DIVISION

| | | |
|---|---|---|
| REHABCARE GROUP EAST, INC., | * | |
| d/b/a REHABCARE GROUP | * | |
| THERAPY SERVICES, INC. | * | |
| | * | |
| Plaintiff | * | |
| | * | NO: 4:08CV00021   SWW |
| VS. | * | |
| | * | |
| SOUTHWEST NURSING HOMES, | * | |
| INC. | * | |
| | * | |
| Defendants | * | |

### **ORDER**

Before the Court is Plaintiff's motion for a default judgment (docket entry #7).   As ordered below, Defendant has 15 days from the entry date of this order to inform the Court if it wishes to be heard on the issue of damages.

Plaintiff commenced this action for payment pursuant to an service agreement it entered with Defendant.  Plaintiff accomplished service of the complaint and summons on January 10, 2008, and Defendant failed to answer or respond to the complaint.  Accordingly, on April 21, 2008 the Clerk of the Court entered default against Defendant pursuant to Federal Rule of Civil Procedure 55(b)(1).  As of the date of this order, Defendant has not entered an appearance in this case.

Plaintiff alleges that pursuant to the parties' agreement, Defendant owes Plaintiff $165,080.26 plus pre-judgment and post-judgment interest.  Additionally, Plaintiff seeks $3,122.50 in attorney fees and expenses incurred collecting Defendants' principal debt.

Although Defendant has not made an appearance in this case, the Court finds that before a money judgment is entered, Defendant should receive an opportunity to be heard on the issue of damages.

IT IS THEREFORE ORDERED that Defendant has up to and including fifteen (15) days from the entry date of this order to notify the Court if it wishes to be heard on the issue of damages.  Otherwise, the Court enter will enter judgment against Defendant in the amount of $165,080.26 plus pre-judgment and post-judgment interest and $3,122.50 in attorneys fees and expenses.

IT IS FURTHER ORDERED that the Clerk is directed to mail a copy of this order to Defendant at the address set forth in Plaintiff's affidavit of service by (1) regular mail and (2) certified mail, return receipt requested.

IT IS SO ORDERED THIS 7TH DAY OF JULY, 2008.


/s/Susan Webber Wright

UNITED STATES DISTRICT JUDGE