FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

AUG 1 8 2008

JAMES W. McCORMACK, CLERK
By:_____
                DEP CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

| | |
|---|---|
| REHABCARE GROUP EAST, INC. D/B/A REHABCARE GROUP THERAPY SERVICES, INC. a Delaware corporation, <br><br> PLAINTIFF <br><br> v. <br><br> SOUTHWEST NURSING HOMES, INC *d/b/a* SOUTHWEST HOMES RESIDENTIAL AND HEALTH CARE CENTER an Arkansas corporation, <br><br> DEFENDANT | No. 4:08-CV-00021 |

## DEFAULT JUDGMENT

Pending before the Court is Plaintiff's Motion for Default Judgment against Defendant, Southwest Nursing Homes, Inc. *d/b/a* Southwest Homes Residential and Health Care Center, an Arkansas corporation. The Court, having reviewed the pleadings filed in this case and being well and sufficiently advised of the facts and law, hereby find as follows:

1. Plaintiff filed a complaint against Defendant in this Court on January 8, 2008.

2. As evidenced by the affidavit of proof of service attached to the motion for default judgment as Exhibit 1, on January 10, 2008, the summons, with a copy of the complaint attached, was duly served on the registered agent for Southwest Nursing Homes, Inc. *d/b/a* Southwest Homes Residential and Health Care Center by certified mail, return receipt, restricted delivery.

3. An answer or other responsive pleading to the complaint was due in this Court no later than twenty (20) days of service upon the Defendant. The Defendant has failed to answer or respond to the complaint.

4. Subsequent to Defendant's failure to file and answer or other response to the complaint, Plaintiff filed a motion for default judgment in this Court on April 16, 2008.

5. On July 7, 2008, the Court entered an Order allowing the defendant 15 days to inform the Court if it wished to be heard on the issue of damages.

6. Defendant has failed to answer or otherwise respond to the complaint, the motion for default judgment, or the Order allowing it to be heard on the issue of damages. Plaintiff is entitled to the entry of a default judgment against Defendant in accordance with Rule 55 of the Federal Rules of Civil Procedure.

7. As evidenced by the affidavit of account attached to Plaintiff's motion for default judgment as Exhibit 2, Defendant is currently indebted to Plaintiff in the amount of One Hundred Ninety-Two Thousand Nine Hundred Twenty-One Dollars and 88/100 Cents ($192,921.88) inclusive of principal and interest accrued through March 31, 2008.

8. Plaintiff is entitled to a default judgment against Defendant in the amount of One Hundred Ninety-Two Thousand Nine Hundred Twenty-One Dollars and 88/100 Cents ($192,921.88), plus its attorney fees and costs incurred herein, and plus post-judgment interest from the date of this judgment at the maximum rate permitted by law until paid.

IT IS, THEREFORE, CONSIDERED, ORDERED, AND ADJUDGED that Plaintiff RehabCare Group East, Inc., d/b/a RehabCare Group Therapy Services, Inc.,

should be, and hereby is, granted a default judgment against Defendant Southwest Nursing Homes, Inc. *d/b/a* Southwest Homes Residential and Health Care Center, an Arkansas corporation, in the amount of One Hundred Ninety-Two Thousand Nine Hundred Twenty-One Dollars and 88/100 Cents ($192,921.88), and attorneys' fees/expenses in the amount of Three Thousand Four Hundred Ninety Six and 33/100 Dollars ($3,496.33), plus post-judgment interest from the date of this judgment at the rate of 2.18 percent (%) per annum until paid.

**IT IS SO ORDERED.**

_____
The Honorable Susan Webber Wright

Dated: August 18, 2008